**IT IS SO ORDERED.**

**SIGNED THIS: July 2, 2024**

                                                  _____
                                                  **Mary P. Gorman**
                                                  **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NANCY E. WINTERS | ) | NO. 19-71815 |
| | ) | |
| Debtor. | ) | Chapter 13 |

## ORDER TO AMEND PURSUANT TO SECTION 1329

THIS MATTER coming to be heard on the Motion to Amend Pursuant to Section 1329 filed by NANCY E. WINTERS, Debtor, to reduce the amount of time to pay the remaining balance due under the confirmed Second Amended Chapter 13 Plan; and the Court having considered arguments of counsel; and there being no objections to said Motion.

IT IS HEREBY ORDERED THAT: Debtors shall pay the balance of $2,118.00 which is the remainder of the base amount of their Second Amended Chapter 13 Plan and upon payment said Plan shall be completed.

                                                    ###